UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

MALIGNOUMA BARRY and DEEN BARRY,  : 04 CV 4144 (ARR)

                  Plaintiffs, : **NOT FOR ELECTRONIC**
                                                        **OR PRINT**
  -against- : **PUBLICATION**

GIBRIL SAW, JOSE CASTILLO, and UNITED : **ORDER**
STATES POSTAL SERVICE

                  Defendants.
------------------------------------------------------------- X

ROSS, United States District Judge:

On November 1, 2005, counsel for defendant Gibril Saw filed a letter with the court, requesting a pre-motion conference to discuss Mr. Saw's intention to file a motion for summary judgment. As per this court's individual motion practices, all non-moving parties must file a letter in response, not to exceed three (3) pages within seven (7) days from service of the notification letter. As of today, no responses have been filed. The court orders all non-moving parties to file response letters within seven (7) days of this order.

SO ORDERED.

                                                                                     _____
                                                                                     Allyne R. Ross
                                                                                     United States District Judge

Dated: November 17, 2005
       Brooklyn, New York

SERVICE LIST:

<u>Counsel for Plaintiffs</u>
Jeffrey F. P. Borrell
Borrell & Riso, LLP
1500 Hylan Boulevard
Staten Island, NY 10305

<u>Counsel for Defendants</u>
Jennifer Ellen Schantz
United States Attorneys Office
Eastern District of New York
One Pierrepont Plaza, 14th floor
Brooklyn, NY 10025

Steven J. Smetana
Law Offices of Steven J. Smetana
201 North Service Road
Suite 303
Melville, NY 11747

John T. Gorton
Gorton & Gorton, LLP
1225 Franklin Avenue, Suite 475
Garden City, NY 11530