UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

MALIGNOUMA BARRY and DEEN BARRY,

                Plaintiffs,

-against-

GIBRIL SAW, JOSE CASTILLO, and UNITED STATES POSTAL SERVICE,

                DefendantS.
------------------------------------------------------------- X

04 CV 4144 (ARR)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

On November 15, 2005, counsel for defendant Jose Castillo filed a letter with the court, requesting a pre-motion conference to discuss defendant Castillo's intention to file a motion for summary judgment. On November 21, 2005, counsel for defendant Gibril Saw also filed a pre-motion letter indicating his intention to file a motion for summary judgment. In lieu of conducting a pre-motion conference, the court orders the following briefing schedule: Defendants Saw and Castillo must serve their motions for summary judgment and supporting papers on or before February 3, 2006; plaintiffs must serve their opposition papers on or before February 24, 2006; and Defendants Saw and Castillo must serve their replies, if any, on or before March 3, 2006.

SO ORDERED.

                                                Allyne R. Ross
                                                United States District Judge

Dated: January 10, 2006
        Brooklyn, New York

1

SERVICE LIST:

<u>Counsel for Plaintiff</u>
Jeffrey F.P. Borrell
Borell & Riso, LLP
1500 Hylan Boulevard
Staten Island, NY 10305

<u>Counsel for Defendants</u>
Meredith G. Adler
The Law Offices of Steven J. Smetana
201 North Service Road, Suite 303
Melville, NY 11747

John T. Gorton, Esq.
Gorton & Gorton, LLP
1225 Franklin Avenue, Suite 475
Garden City, NY 11530

Denise McGinn
United States Attorneys Office, EDNY
Central Islip Courthouse
610 Federal Plaza
Central Islip, NY 11722